**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DORIS SCOTT,**

                    **Plaintiff(s),**

              **vs.**

**ROBERT KENYON,**

                    **Defendant(s).**
_____/

CASE NO. 04-CV-74089-DT

DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

## ORDER OF DISMISSAL

Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                            s/ DENISE PAGE HOOD
                                            DENISE PAGE HOOD
                                            UNITED STATES DISTRICT JUDGE

Dated: February 28, 2006

        I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2006, by electronic and/or ordinary mail.

                                            s/William F. Lewis
                                            Case Manager